RONADA I. FISCHER, PETITIONER, *v.* LAWRENCE V. FISCHER, RESPONDENT.

Jan. 11, 1977.
558 P.2d 478.

## ORDER

It is ordered that the petition for habeas corpus in the above named cause is hereby denied without prejudice.

STATE OF MONTANA, ACTING BY AND THROUGH THE STATE FISH AND GAME COMMISSION AND THE MEMBERS THEREOF, AND WESLEY WOODGERD, DIRECTOR OF MONTANA DEPARTMENT OF FISH AND GAME, PETITIONERS, *v.* DISTRICT COURT OF THE SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA IN AND FOR THE COUNTY OF ROSEBUD AND HONORABLE ALFRED B. COATE, RESPONDENTS.

No. 13631.
Dec. 10, 1976.
560 P.2d 141.

Clayton R. Herron, Helena, for petitioners.

Meisburger & Burlingame, Forsyth, Bruce Becker, Legal Clerk, Hardin, Alfred B. Coate, Dist. Judge, for respondents.

## ORDER

PER CURIAM:

Following adversary hearing we decline to accept jurisdiction herein at this time, the application of relator for an extraordinary writ is denied, this proceeding is dismissed, and this cause remanded to the district court for further proceedings, all without prejudice.